SC Judicial Department





















 




 


 South Carolina


 JUDICIAL DEPARTMENT
 

 Text Only Page


 Site Map | Feedback



 
 Search:  
 
 
 
 







 
 
 

 Home
 
 Supreme Court
 
 Overview
 Justices
 
 
 Costa M. Pleicones
Chief Justice
 
 Donald W. Beatty
 
 John W. Kittredge
 
 Kaye G. Hearn
 
 John Cannon Few
 
 
 
 Roster of Cases
 Clerk's Office
 Disciplinary Counsel
 
 Overview
 Commission on Judicial Conduct
 Commission on Lawyer Conduct
 How to File a Complaint
 Frequently Asked Questions
 ABA Reports on the Lawyer and Judicial Disciplinary Systems
 
 
 Bar Admissions
 Library
 Court Administration
 History
 Map & Location
 Strategic Plan
 
 
 
 Court of Appeals
 
 Overview
 Judges
 
 
 Thomas E. Huff
 
 Paul E. Short, Jr.
 
 H. Bruce Williams
 
 Paula H. Thomas
 
 Aphrodite K. Konduros
 
 John D. Geathers
 
 James E. Lockemy
 
 Stephanie P. McDonald
 
 
 
 Roster of Cases
 Clerk's Office
 Library
 History
 FAQs
 Map & Location
 
 
 Trial Courts
 
 Circuit Court
 
 Overview
 Chief Admin Judges
 Alphabetical List
 Circuit Map
 Judge Roster
 
 
 Family Court
 
 Overview
 Chief Admin Judges
 Alphabetical List
 Circuit Map
 Judge Roster
 
 
 Masters-In-Equity
 
 Overview
 Alphabetical List
 County Map
 Judge Roster
 
 
 Probate Court
 
 Overview
 Alphabetical List
 County Map
 Judge Roster (Alpha)
 Judge Roster (County)
 
 
 Magistrates Court
 
 Overview
 Chief Admin Judges
 Alphabetical List
 County Map
 Judge Roster
 Judge Roster by County
 Summary Court Judges Benchbook
 
 
 Municipal Court
 
 Overview
 Alphabetical List
 County Map
 Judge Roster
 Judge Roster by County
 Summary Court Judges Benchbook
 
 
 Court Reporters
 
 Circuit Court
 Family Court
 Court Reporter Manual
 
 
 Court Rosters
 Case Records Search
 
 
 
 Court Officials
 
 Clerks of Court
 
 Overview
 Alphabetical List
 County Map
 Clerk Roster
 Family Court Contacts
 State Grand Jury
 Circuit Court Fees
 Family Court Fees
 Clerk of Court & ROD Manual
 
 
 Registers of Deeds
 
 Overview
 Alphabetical List
 County Map
 ROD Roster
 Clerk of Court & ROD Manual
 
 
 Solicitors
 Public Defenders
 
 
 Opinions/Orders
 
 Published Opinions
 
 Supreme Court
 Court of Appeals
 
 
 Opinion Search
 Advance Sheets
 Unpublished Opinions
 
 Supreme Court
 Court of Appeals
 
 
 Unpublished Opinion Search
 Judicial Advisory Opinions
 Judicial Advisory Opinion Search
 Court Orders
 
 All Court Orders
 Administrative
 Judicial/Legal Conduct
 Court Rule Maintenance
 
 
 Order Search
 
 
 
 Calendar
 
 Monthly View
 Terms of Court
 Circuit Judge Assignments
 Family Judge Assignments
 Calendar Search
 
 


 
 




 


 
 2016-04-20-01 
 


 







The Supreme Court of South Carolina

 
 
 
 Re: Amendment to Rule 410, South Carolina Appellate Court Rules
 Appellate Case No. 2016-000102
 
 


ORDER

Pursuant to Article V, § 4 of the South Carolina Constitution, Rule 410(h)(1)(F), SCACR, is amended to provide as follows:

 (F) Administrative Law Judge or Workers' Compensation Commission Member. This class shall include any member who is a judge on the South Carolina Administrative Law Court, is a federal administrative law judge whose duties are primarily performed within the State of South Carolina or is a South Carolina Workers' Compensation Commissioner.

The amendment is effective immediately. Members reclassified by this amendment are not entitled to any refund of license fees for License Year 2016.
 

 
 
 
 s/Costa M. Pleicones                       C.J.
 
 s/Donald W. Beatty                            
 J.
 s/John W. Kittredge                            
 J.
 s/Kaye G. Hearn                  
                J.
 s/John Cannon Few             
                J.
 
 

Columbia, South Carolina
 April 20, 2016